**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

EXODUS REFUGEE IMMIGRATION, INC.; JOHN DOE, JANE DOE, CHILD DOE 1, CHILD DOE 2, CHILD DOE 3, CHILD DOE 4, CHILD DOE 5, CHILD DOE 6, by their parents and next friends, JOHN DOE and JANE DOE, on their own behalf and on behalf of a class of those similarly situated,

Plaintiff,

v.

SECRETARY, INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION, in his official capacity; DIRECTOR, INDIANA DIVISION OF FAMILY RESOURCES, in her official capacity,

Defendants.

No.: 1:25-cv-02449-TWP-MJD

## DEFENDANTS' EXHIBIT LIST

Pursuant to the Court's December 8, 2025 Scheduling Order (Filing No. 25), Defendants respectfully submit the following list of exhibits Defendants intend to offer at the preliminary injunction hearing.

| **Document Short Title** | **Bates #, Docket #, or Hearing Exhibit #** |
|---|---|
| Declaration of Cole Varga | Dkt. No. 3-1 at ECF p. 1–12 |
| Exhibit 1 to the Declaration of Cole Varga | Dkt. No. 3-1 at ECF p. 13 |
| Exhibit 2 to the Declaration of Cole Varga | Dkt. No. 3-1 at ECF pp. 15–22 |
| Exhibit 3 to the Declaration of Cole Varga | Dkt. No. 3-1 at ECF p. 23 |
| Declaration of John Doe | Dkt. No. 3-2 |
| Declaration of Jane Doe | Dkt. No. 3-3 |

| **Document Short Title** | **Bates #, Docket #, or Hearing Exhibit #** |
|---|---|
| Memorandum from U.S. Dep't of Agriculture, Food & Nutrition Serv., to All SNAP State Agencies, All Regions, *Supplemental Nutrition Assistance Program Provisions of the One Big Beautiful Bill Act of 2025 – Information Memorandum* (Sept. 4, 2025) | Exodus_Defs_0001–0004<br>Also available at https://fns-prod.azureedge.us/sites/default/files/resource-files/OBBB-SNAP-Provisions-Implementation-Memo.pdf. |
| Memorandum from U.S. Dep't of Agriculture, Food & Nutrition Serv., to All SNAP State Agencies, All Regions, *Supplemental Nutrition Assistance Program (SNAP) Implementation of the One Big Beautiful Bill Act of 2025-Alien SNAP Eligibility* (Oct. 31, 2025) | Exodus_Defs_0005–0015<br>Also available at https://fns-prod.azureedge.us/sites/default/files/resource-files/OBBB-Implementation-Memo-Alien-SNAP-Eligibility-Oct31.pdf. |
| Memorandum from U.S. Dep't of Agriculture, Food & Nutrition Serv., to All SNAP State Agencies, All Regions, *Supplemental Nutrition Assistance Program (SNAP) Provisions of the One Big Beautiful Bill – Alien SNAP Eligibility – Question and Answer #1* (Dec. 9, 2025) | Exodus_Defs_0016–0020<br>Also available at https://fns-prod.azureedge.us/sites/default/files/resource-files/snap-obbb-alien-eligibility-qas1.pdf. |
| SNAP/TANF Program Policy Manual, Indiana Family and Social Services Administration (current version as of December 10, 2025) | Exodus_Defs_0021–0501<br>Also available at https://www.in.gov/fssa/dfr/files/ICES_Program_Policy_Manual.pdf. |
| SNAP/TANF Program Policy Manual, Indiana Family and Social Services Administration (prior version) | Exodus_Defs_0502–0985 |
| Forthcoming guidance from U.S. Dep't of Agriculture, Food & Nutrition Serv. related to the issue of SNAP eligibility for noncitizens | Defendants' counsel will provide copies of these exhibits to Plaintiffs' counsel if and when they are published |
| Forthcoming policies or guidance of the Indiana Family and Social Services Administration related to the issue of SNAP eligibility for noncitizens | Defendants' counsel will provide copies of these exhibits to Plaintiffs' counsel if and when they are published or become available |

| Document Short Title | Bates #, Docket #, or Hearing Exhibit # |
|---|---|
| Forthcoming Declaration of Sunshine Beam, Division Director of the Indiana Division of Family Resources, and any exhibits thereto | Defendants' counsel will provide a copy of these exhibits to Plaintiffs' counsel by December 23, 2025, as required by this Court's Scheduling Order (Dkt. No. 25 at ECF No. 2 ¶ 8) |
| Documents produced in discovery | Defendants' counsel will supplement this list by December 22, 2025 with any supplemental exhibits produced during discovery, as required by this Court's Scheduling Order (Dkt. No. 25 at ECF No. 2 ¶ 6) |
| Documents that may be discovered while responding to Plaintiffs' discovery requests | Defendants' counsel will provide a copy of these exhibits to Plaintiffs' counsel and supplement this list by December 22, 2025, as required by this Court's Scheduling Order (Dkt. No. 25 at ECF No. 2 ¶ 6) |

Dated: December 11, 2025

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General

By: */s/ James A. Barta*

James A. Barta
Solicitor General
John P. Lowrey
Asst. Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
302 W. Washington Street
IGCS 5th Floor
Indianapolis, IN 46204-2770
Telephone: (317) 232-0709
Facsimile: (317) 232-7979
Email: James.Barta@atg.in.gov

Gene C. Schaerr*
H. Christopher Bartolomucci*
Stephanie L. Freudenberg*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060

*Admission application pending

*Counsel for Defendants*